# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                             )
    Clint A. Eagar                          )    Case No. 05 B 32324
        Debtor(s).                          )
                                                     )    Judge Bruce W. Black
                                                   )    Chapter 7 Proceeding
                                                   )

Motion for Relief from Stay

### FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

IT IS HEREBY ORDERED Counsel for all parties ARE HEREBY ORDERED to confer and together prepare and file with the court on or before <u>December 8, 2006</u>, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

A Pretrial Conference is set for <u>December 15, 2006 at 12:00 noon</u>, 57 W. Ottawa Street, Room 201, Joliet, IL.

Trial is set for <u>January 5, 2007 at 1:15 p.m.</u>, 57 W. Ottawa Street, Room 201, Joliet, IL.

<u>An attorney who is a member of the trial bar under the provisions of Rule 2090-1 of the local Bankruptcy Rules of this Court shall participate in the trial.</u>

ENTER:

*/s/ Bruce W. Black*
Judge

Dated: 11-22-06